AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia

Brian Keith Gary Jr.

)
)
)
)
)
*Plaintiff(s)*
)
v. ) Civil Action No.
BANK OF AMERICA CORPORATION )
) **1:22-CV-1814-AT**
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BANK OF AMERICA CORPORATION
C T CORPORATION SYSTEM, as Registered Agent
289 S CULVER ST.
LAWRENCEVILLE, GA 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Keith Gary Jr.
3300 Arbor Run Pl.
Atlanta, GA 30349
mu_canes90@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER

*CLERK OF COURT*

Date: **MAY 06 2022**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bank of America Corporation__
was received by me on *(date)* __5/9/22__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Linda Banks__, who is
designated by law to accept service of process on behalf of *(name of organization)* __CT Corporation__
__289 S Curve St Lawrenceville GA__ on *(date)* __5/10/22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5/10/22__

_Leopold Ruddell_
Server's signature

__Leopold Ruddell   Process Server__
Printed name and title

__130 Peachtree St Atlanta GA 30308__
Server's address

Additional information regarding attempted service, etc:

FILED IN CLERK'S OFFICE U.S.D.C. - Atlanta MAY 13 2022 KEVIN P. WEIMER, Clerk By: _____ Deputy Clerk