IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRIAN KEITH GARY, JR., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:22-CV-1749-SCJ-JSA |
| RICK CASE CARS, INC., | : | |
| Defendant. | : | |

_____

| | | |
|---|---|---|
| BRIAN KEITH GARY, JR., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:22-CV-1814-SCJ-JSA |
| BANK OF AMERICA CORPORATION *a/k/a* BANK OF AMERICA, N.A., | : | |
| Defendant. | : | |

**NON-FINAL REPORT AND RECOMMENDATION**

In light of the undersigned's recommendation that the above-captioned cases be arbitrated, *see* 1:22-CV-1749-SCJ-JSA, Doc. 15; 1:22-CV-1814-SCJ-JSA, Doc. 22, the undersigned finds that the issues raised in Plaintiff's Motion to Strike the

1

Affirmative Defenses in Rick Case Cars, Inc.'s Answer, 1:22-CV-1749-SCJ-JSA, Doc. 6, and Defendant Bank of America, N.A.'s Motion to Dismiss, 1:22-CV-1814-SCJ-JSA, Doc. 5, should be adjudicated by the arbitrator. Accordingly, the undersigned **RECOMMENDS** that Plaintiff's Motion to Strike the Affirmative Defenses in Rick Case Cars, Inc.'s Answer, 1:22-CV-1749-SCJ-JSA, Doc. 6, and Defendant Bank of America, N.A.'s Motion to Dismiss, 1:22-CV-1814-SCJ-JSA, Doc. 5, be **DENIED AS MOOT**.

**IT IS SO RECOMMENDED** this 22nd day of November, 2022.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

2